**PARAGON GROUP, INC., Plaintiff,**

v.

**Linda PUTNAM, d/b/a Linda's Diamond House, Defendant/Third–Party Plaintiff/Appellant,**

v.

**BURNS INTERNATIONAL SECURITY SERVICES, INC., Third–Party Defendant/Respondent.**

No. 65585.

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 16, 1994.

Raymond Howard, Howard Law Firm, St. Louis, for appellant.

Edward S. Meyer, Stephen E. Winborn, Evans & Dixon, St. Louis, for respondent Burns Intern. Security Services, Inc.

Before CRANE, P.J., and CRIST and CRANDALL, JJ.

## *ORDER*

PER CURIAM.

Defendant, Linda Putnam, brought what is denominated as a third-party action against Burns International Security Services, Inc. Defendant appeals from a grant of summary judgment in favor of Burns following the dismissal of the underlying action.

No error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).